IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TYLER GROGAN and TOMMY MIMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 322-025 |
| | ) | |
| LUZ DIAZ; DEVIN NUCKLES; VERONICA ELLIS; JPAY; and SECURUS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Plaintiff Grogan's motion to voluntarily dismiss the case, **DISMISSES** Plaintiff Mims's claims for failure to prosecute, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 16 day of May, 2022, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE